IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KATIE HICKS AND KEINO HICKS,     *

     Plaintiffs,             *

vs.                         *
                             CASE NO. 4:22-CV-106 (CDL)
MILLENNIA HOUSING MANAGEMENT   *
LTD. a/a/f BALLARD WAY
APARTMENTS,                *

     Defendant.             *

O R D E R

The Court previously concluded that Plaintiffs' original complaint did not clearly state a claim against Defendant, but the Court gave Plaintiffs an opportunity to amend their complaint. *Hicks v. Millennia Hous. Mgmt. Ltd.*, 4:22-cv-106, 2022 WL 11860431, at *3 (M.D. Ga. Oct. 20, 2022). The Court warned that if Plaintiffs did not file an amended complaint within 21 days of its order (by November 10, 2022), the Court would dismiss this action without prejudice. *Id.* Plaintiffs did not file an amended complaint by the deadline. Therefore, the Complaint in this action is dismissed without prejudice.

IT IS SO ORDERED, this 23rd day of November, 2022.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA