IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KATIE HICKS AND KEINO HICKS, | * |
| Plaintiffs, | * |
| v. | Case No. 4:22-CV-106-CDL |
| | * |
| MILLENNIA HOUSING MANAGEMENT LTD., a/a/f BALLARD WAY APARTMENTS, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 23, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 23rd day of November, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk